FEBRUARY 18, 1963.

No. 12, Original. HAWAII *v.* GORDON (FORMERLY BELL). The motion of the plaintiff to advance is granted and the case is set for oral argument on Monday, April 15, 1963. MR. JUSTICE WHITE took no part in the consideration or decision of this motion. *Bert T. Kobayashi,* Attorney General of Hawaii, *Thurman Arnold, Abe Fortas, Paul A. Porter* and *Dennis G. Lyons* on the motion. [For earlier orders herein, see 371 U. S. 804; 371 U. S. 966.]

No. 119. MURRAY ET AL. *v.* CURLETT ET AL., CONSTITUTING THE BOARD OF SCHOOL COMMISSIONERS OF BALTIMORE CITY. Certiorari, 371 U. S. 809, to the Court of Appeals of Maryland; and

No. 142. SCHOOL DISTRICT OF ABINGTON TOWNSHIP, PENNSYLVANIA, ET AL. *v.* SCHEMPP ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania. (Probable jurisdiction noted, 371 U. S. 807.) The motion to strike certain matter from the appendix to the respondents' brief in No. 119 is denied. The motion of Synagogue Council of America et al. for leave to file a brief, as *amici curiae,* in Nos. 119 and 142 is granted. *Leonard J. Kerpelman* for petitioners in No. 119 on the motion to strike. *Francis B. Burch* for respondents in No. 119 in opposition to motion to strike. *Leo Pfeffer* on the motion for Synagogue Council of America et al.